UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JEAN MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-00988-GMN-CWH |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COUNTRYWIDE HOME | ) | |
| LOANS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant's Motion to Strike (#50), filed September 21, 2011; Plaintiff's Motion for Production (#52), filed September 29, 2011; and Plaintiff's Motion to Compel (#54), filed September 30, 2011.

**1. Defendant's Motion to Strike (#50)**

By way of this motion, Defendants' request that the Court strike Plaintiff's Notice of Failure to Validate Debt (#43). Plaintiff has failed to file any sort of response to Defendants' motion. Pursuant to Local Rule 7-2(d), "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

**2. Plaintiff's Motion for Production (#52) and Plaintiff's Motion to Compel (#54)**

The Court considers each these filings to be discovery papers. Pursuant to Local Rule 26-8, "[u]nless ordered by the Court, written discovery ... shall not be filed with the Court." Discovery requests are served on the party to whom the discovery is directed and discovery responses are served on the party who served the discovery request.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike (#50) is **granted**. The Clerk's office is instructed to **strike** Plaintiff's Notice of Failure to Validate Debt (#43)

**IT IS FURTHER ORDERED** that the Clerk shall **strike** Plaintiff's Motion for

Production (#52) and Plaintiff's Motion to Compel (#54) from the record.

**IT IS FURTHER ORDERED** that the Clerk shall accept no further filings in this matter as it has been consolidated under 2:11-cv-00987-GMN-CWH.

DATED this 31st day of October, 2011.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**